IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO BITANGA,<br><br>    Plaintiff,<br><br>v.<br><br>LONG BEACH MORTGAGE CO,<br><br>    Defendant. | No. C 10-04770 CRB<br><br>**ORDER DISMISSING CLAIMS AGAINST FIRST AMERICAN TITLE INSURANCE COMPANY WITH PREJUDICE** |

This Court dismissed Plaintiff Guillermo Bitanga's claims against Defendant First American Title Insurance Company without prejudice on February 2, 2011. The dismissal Order provided that Plaintiff would have until February 21, 2011 to file an Amended Complaint and that failure to file such Amended Complaint would result in dismissal with prejudice of all claims against First American Title Insurance Company. See Feb. 2, 2011 Order (Dkt. 14). The deadline for filing an Amended Complaint has passed. Accordingly, Plaintiff's claims against First American Title Insurance Company are DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: February 22, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4770\Order dismissing FATCO with prejudice.wpd