IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO BITANGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LONG BEACH MORTGAGE CO., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 10-04770 CRB<br><br>**ORDER DISMISSING CASE PURSUANT TO FEDERAL RULE 41(b)** |

This case is hereby DISMISSED in its entirety pursuant to Federal Rule 41(b) for failure to prosecute. Plaintiff has failed to oppose a motion to dismiss (which was granted) and has failed even to appear at case management conferences regarding the remaining defendants.

**IT IS SO ORDERED.**

Dated: March 11, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4770\Dismissal Order.wpd